IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs ) | Case No. 3:18CR23(3) |
| ) | |
| Brandon Park | |

## ORDER TERMINATING PROBATION

The above named was placed on Probation on June 25, 2019, for a period of 3 years. Based on the recommendation of the U.S. Probation Officer and for good cause shown, it is hereby ordered that the defendant is discharged from Probation and that the proceedings in this case are terminated.

Dated this 10th day of June, 2021

_____
United States District Judge